UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CURRY,<br><br>        Plaintiff,<br><br>    v.<br><br>YELP INC., et al.,<br><br>        Defendants. | Case No. 14-cv-03547-JST<br><br>**ORDER GRANTING MOTION TO RELATE CASES**<br><br>Re: Dkt. No. 12 |

       There is an action pending in this court entitled <u>Mary Adams v. Yelp, et. al.</u>, No. 3:14-cv-03832-EMC. The parties in <u>Joseph Curry v. Yelp, Inc.</u>, 14-cv-03547-JST, have filed a stipulation that asks this Court to consider whether <u>Adams</u> should be related to <u>Curry</u> pursuant to Civil Local Rule 3-12. "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a)(1). The cases are both proposed securities class actions on behalf of purchasers who acquired Yelp stock between October 29, 2013 and April 3, 2014. Both cases name the same defendants.

       As the judge assigned to the earliest filed case, No. 3:14-cv-03547-JST, I find that <u>Adams</u> is related to <u>Curry</u>, and <u>Adams</u> shall be reassigned to me.

       Counsel are instructed that all future filings in any reassigned case are to bear the initials JST immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. Pro. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before

the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**IT IS SO ORDERED.**

Dated: September 22, 2014



_____
JON S. TIGAR
United States District Judge