ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
kennyb@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CURRY, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>YELP INC., et al.,<br><br>                Defendants. | Case No. 3:14-cv-03547-JST<br>(Consolidated)<br><br>**CLASS ACTION**<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ESTABLISHING SCHEDULE FOR PLAINTIFFS TO FILE A CONSOLIDATED AMENDED COMPLAINT AND FOR BRIEFING ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS |

985562_1

1  WHEREAS on August 6, 2014, plaintiff Joseph Curry filed a putative class action complaint, *Curry v. Yelp Inc. et al.*, No. 3:14-cv-03547-JST ("Complaint") (Dkt. No. 1) against defendants Yelp Inc., Jeremy Stoppelman, Robert J. Krolik and Geoffrey Donaker (collectively, "defendants"), for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on August 25, 2014, plaintiff Mary Adams filed a similar putative class action complaint in a separate action, *Adams v. Yelp Inc. et al.*, No. 3:14-cv-03832-EMC (the "Adams Complaint") against defendants, asserting the same or substantially similar violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on August 29, 2014, the parties entered into a stipulation and agreement to continue the initial case management conference, reset related deadlines and extend defendants time to respond to the Complaint (Dkt. No. 8);

WHEREAS, on November 17, 2014, the Court entered an Order (1) Consolidating Cases (2) Appointing Lead Plaintiff (3) Appointing Lead Counsel (Dkt. No. 30), which consolidated the two above-referenced complaints, appointed City of Miami Fire Fighters' and Police Officers' Retirement Trust as lead plaintiff and appointed Robbins Geller Rudman & Dowd as lead counsel;

WHEREAS, the parties have met and conferred, and agree that the interest of judicial efficiency, administration of justice and conservation of judicial and private resources would be best served by establishing a schedule to file a consolidated amended complaint and for briefing on defendants' anticipated motion to dismiss.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT, by the parties, through their respective counsel of record, as follows:

1.  Plaintiffs shall file their consolidated amended complaint on or before January 5, 2015;

2.  Defendants shall file and serve their motion to dismiss on or before February 6, 2015;

3.  Plaintiffs shall file and serve their opposition to defendants motion to dismiss on or before March 6, 2015;

985562_1   STIP & [PROP] ORDER ESTABLISHING SCHEDULE TO FILE CONSOLIDATED
AMENDED CMPT & FOR BRFG ON DEFS' ANTICIPATED MTD - 3:14-cv-03547-JST   - 1 -

1  4.  Defendants shall file and serve their reply in support of their motion to dismiss on or
2 before March 20, 2015.
3     IT IS SO STIPULATED.

4 DATED:  November 20, 2014                  ROBBINS GELLER RUDMAN
                                              & DOWD LLP
5                                             SHAWN A. WILLIAMS
                                              KENNETH J. BLACK

                                              _____s/Shawn A. Williams_____
                                                    SHAWN A. WILLIAMS

                                              Post Montgomery Center
                                              One Montgomery Street, Suite 1800
                                              San Francisco, CA  94104
                                              Telephone:  415/288-4545
                                              415/288-4534 (fax)

                                              Lead Counsel for Lead Plaintiff

                                              CYPEN & CYPEN
                                              STEPHEN H. CYPEN
                                              777 Arthur Godfrey Road, Suite 320
                                              Miami Beach, FL  33140
                                              Telephone 305/532-3200
                                              305/535-0050 (fax)

                                              Additional Counsel for Plaintiff

DATED:  November 20, 2014                     ARNOLD & PORTER LLP
                                              GILBERT R. SEROTA

                                              _____s/Gilbert R. Serota_____
                                                    GILBERT R. SEROTA

                                              Three Embarcadero Center, 10th Floor
                                              San Francisco, CA 94111
                                              Telephone:  415/471-3170
                                              415/471-3400(fax)

                                              Attorney for Defendants Yelp Inc., Jeremy
                                              Stoppelman, Robert J. Krolik and Geoffrey
                                              Donaker

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Shawn A. Williams, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Establishing Schedule for Plaintiffs to File a Consolidated Amended Complaint and for Briefing on Defendants' Anticipated Motion to Dismiss.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for defendants, Aaron Schur concurs in this filing.

Dated:  November 20, 2014

s/Shawn A. Williams<br>SHAWN A. WILLIAMS

*   *   *

**O R D E R**

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS SO ORDERED.

DATED:  November 21, 2014

