ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
kennyb@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CURRY, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>YELP INC., et al.,<br><br>                Defendants. | Case No. 3:14-cv-03547-JST<br>(Consolidated)<br><br>**CLASS ACTION**<br><br>STATEMENT OF RECENT DECISION PURSUANT TO CIVIL LOCAL RULE 7-3(d)(2) |

1020610_1

Pursuant to Civil Local Rule 7-3(d)(2), Lead Plaintiff respectfully requests Court approval for the submission and consideration of the attached authority as relevant to the Court's determination of defendants' pending motion to dismiss (Dkt. No. 34) in the above-captioned action.

The opinion in *Nathanson v. Polycom, Inc.*, No. 13-3476 SC, 2015 U.S. Dist. LEXIS 44292 (N.D. Cal. Apr. 3, 2015) was issued on April 3, 2015, after the filing of Lead Plaintiff's opposition to defendants' motion to dismiss (Dkt. No. 39) and defendants' reply (Dkt. No. 42). A copy of the opinion is attached hereto as Exhibit A. The opinion addresses the standard for pleading the elements, including loss causation, of a claim brought under §10(b) of the Securities Exchange Act of 1934 under the Private Securities Litigation Reform Act of 1995.

DATED: April 13, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
KENNETH J. BLACK

                s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Lead Plaintiff

CYPEN & CYPEN
STEPHEN H. CYPEN
777 Arthur Godfrey Road, Suite 320
Miami Beach, FL  33140
Telephone 305/532-3200
305/535-0050 (fax)

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 13, 2015.

          s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
   && DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

1020610_1

## Mailing Information for a Case 3:14-cv-03547-JST Curry v. Yelp Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David E. Azar**
  dazar@milberg.com,pwedgworth@milberg.com,maoffice@milberg.com,cchaffins@milberg.com,jconte@milberg.com,dgjonaj@milberg.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com

- **Marjory Anne Gentry**
  Marjory.Gentry@aporter.com,marie.zambrano@aporter.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Nathan R. Hamler**
  nathanh@johnsonandweaver.com,paralegal@johnsonandweaver.com,michaelf@johnsonandweaver.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,nathanh@johnsonandweaver.com,shawnf@johnsonandweaver.com,michaelf@johnsonandweaver.co

- **Ryan Keats**
  ryan.keats@aporter.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Francis P McConville**
  fmcconville@pomlaw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Charles J. Piven**
  piven@browerpiven.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Gilbert Ross Serota**
  gilbert.serota@aporter.com,marie.zambrano@aporter.com,SFCalendar@aporter.com

- **David Conrad Walton**
  davew@rgrdlaw.com,ldeem@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`