1  GILBERT R. SEROTA (SBN 75305)
   MARJORY GENTRY (SBN 240887)
2  RYAN KEATS (SBN 296463)
   ARNOLD & PORTER LLP
3  Three Embarcadero Center, 10th Floor
   San Francisco, CA 94111
4  Telephone:  (415) 471-3100
   Facsimile:  (415) 471-3400
5  Email:  Gilbert.Serota@aporter.com
   Email:  Marjory.Gentry@aporter.com
6  Email:  Ryan.Keats@aporter.com

7  Attorneys for Defendants
   YELP INC., JEREMY STOPPELMAN, ROB KROLIK and
8  GEOFFREY DONAKER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CURRY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>YELP INC., JEREMY STOPPELMAN, ROB KROLIK and GEOFFREY DONAKER,<br><br>Defendants. | Case No. 3:14-cv-03547<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO ESTABLISH SCHEDULE FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT AND TO RESET INITIAL CASE MANAGEMENT CONFERENCE** |

1    WHEREAS, on January 5, 2015, Plaintiffs filed their Consolidated Class Action Complaint (Dkt. No. 33);

2    WHEREAS, on February 6, 2015, Defendants filed a Motion to Dismiss the Consolidated Class Action Complaint (Dkt. No. 34);

3    WHEREAS, on April 21, 2015, the Court granted Defendants' Motion to Dismiss the Consolidated Class Action Complaint, and gave Plaintiffs leave to amend their complaint on or before May 21, 2015 (Dkt. No. 48);

4    WHEREAS, on April 23, 2015 the Court set the Initial Case Management Conference for August 26, 2015 (Dkt. No. 49);

5    WHEREAS, on May 21, 2015, Plaintiffs' filed their First Amended Class Action Complaint (Dkt. No. 55);

6    WHEREAS, Defendants intend to file a motion to dismiss the First Amended Complaint;

7    WHEREAS, the parties have met and conferred concerning a briefing and hearing schedule that takes into account scheduling conflicts of counsel, personal medical issues and planned summer vacations; and

8    WHEREAS, the parties agree that the in light of the foregoing concerns the interest of judicial efficiency, administration of justice and conservation of judicial and private resources would be best served by establishing a schedule for briefing on Defendants' motion to dismiss and to defer the initial case management conference and related deadlines (including ADR deadlines) until the Court has ruled on Defendants' motion to dismiss.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT**, by the parties through their respective counsel of record, as follows:

1. Defendants shall file and serve their motion to dismiss the First Amended Complaint on or before June 26, 2015;

STIP AND [PROP] ORDER TO ESTABLISH SCHEDULE FOR BRIEFING ON DEFENDANTS' ANTICIPATED MTD AND TO RESET INITIAL CMC     CASE NO. 3:14-cv-03547

35242463v1

2. Plaintiffs shall file and serve their opposition to defendants' motion to dismiss on or before July 31, 2015;

3. Defendants shall file and serve their reply in support of their motion to dismiss on or before August 21, 2015;

4. The hearing on Defendants' motion to dismiss shall be set for September 10, 2015, at 2:00 p.m.;

5. The case management conference presently scheduled in the above-captioned action for August 26, 2015, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines), shall be vacated, and reset to a date after the Court rules on Defendants' anticipated motion to dismiss the consolidated complaint;

6. The parties have sought (and received) one other extension of time in this action in connection with the time for Defendants to respond to the initial class action complaint until after a lead plaintiffs was appointed and given the opportunity to file a consolidated complaint. (Dkt. No. 8). The parties have not sought any other extensions of time related to the First Amended Complaint; and

7. The parties do not seek to reset these dates for the purpose of delay. The proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

SO STIPULATED.

DATED: May ___, 2014        /s/ Gilbert R. Serota
                            GILBERT R. SEROTA
                            Arnold & Porter LLP
                            Counsel for Defendants

DATED: May ___, 2014        /s/ Shawn Williams
                            SHAWN WILLIAMS
                            ROBINS GELLER RUDMAN & DOWD LLP
                            Counsel for Plaintiff Joseph Curry

**STIP AND [PROP] ORDER TO ESTABLISH SCHEDULE FOR BRIEFING ON DEFENDANTS' ANTICIPATED MTD AND TO RESET INITIAL CMC**                    **CASE NO. 3:14-cv-03547**

35242463v1

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Gilbert R. Serota, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order To Establish Schedule for Briefing on Defendants' Anticipated Motion To Dismiss the First Amended Class Action Complaint and To Reset Initial Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for defendants, Shawn A. Williams concurs in this filing.

DATED: May ___, 2014        /s/ Gilbert R. Serota
                            GILBERT R. SEROTA

\*   \*   \*

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 29, 2015         _____
                            THE HONORABLE. JON S. TIGAR
                            United States District Judge

**STIP AND [PROP] ORDER TO ESTABLISH SCHEDULE FOR BRIEFING ON DEFENDANTS' ANTICIPATED MTD AND TO RESET INITIAL CMC**                **CASE NO. 3:14-cv-03547**

35242463v1