1 | GILBERT R. SEROTA (SBN 75305)
2 | MARJORY GENTRY (SBN 240887)
  | RYAN KEATS (SBN 296463)
3 | ARNOLD & PORTER LLP
  | Three Embarcadero Center, 10th Floor
4 | San Francisco, CA 94111
  | Telephone:  (415) 471-3100
5 | Facsimile:  (415) 471-3400
  | Email:  Gilbert.Serota@aporter.com
6 | Email:  Marjory.Gentry@aporter.com
  | Email:  Ryan.Keats@aporter.com
7 | Attorneys for Defendants
8 | YELP INC., JEREMY STOPPELMAN, ROB KROLIK and
  | GEOFFREY DONAKER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH CURRY, Individually and on Behalf of All Others Similarly Situated, | **Case No. 3:14-cv-03547** |
| Plaintiff, | **CLASS ACTION** |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE OCTOBER 1, 2015 HEARING ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT TO OCTOBER 22, 2015** |
| YELP INC., JEREMY STOPPELMAN, ROB KROLIK and GEOFFREY DONAKER, | |
| Defendants. | |

**STIP AND [PROP] ORDER TO CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**     **CASE NO. 3:14-cv-03547**

1   WHEREAS, on May 21, 2015, Plaintiffs' filed their First Amended Class Action

2   Complaint (Dkt. No. 55);

3   WHEREAS, on May 28, 2015, the parties filed a stipulation and proposed order providing

4   for a briefing and hearing schedule that took into account scheduling conflicts of counsel,

5   personal medical issues and planned summer vacations (Dkt. No. 57);

6   WHEREAS, that proposed briefing and hearing schedule provided for the hearing on

7   Defendants' Motion To Dismiss The First Amended Complaint to be set for September 15, 2015

8   at 2:00 p.m.;

9   WHEREAS, on May 29, 2015 the Court so-ordered the proposed briefing and hearing

10  schedule (Dkt. No. 58);

11  WHEREAS, on June 26, 2015, the Court continued the hearing on Defendants' Motion To

12  Dismiss the First Amended Complaint to October 1, 2015, due to a change in its availability;

13  WHEREAS, Defendants' counsel who will be arguing the motion is scheduled to appear

14  in a FINRA arbitration in New Jersey on October 1, 2015, which matter that was scheduled for

15  hearing prior to this Court's order of June 26;

16  WHEREAS, said arbitration case was mediated last week in New York and did not settle

17  at mediation and, therefore, it is now necessary to reschedule the hearing in this matter;

18  WHEREAS, the parties have met and conferred and agreed to continue the hearing to

19  October 22, 2015.

20  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT**

21  **TO APPROVAL BY THIS COURT**, by the parties through their respective counsel of record,

22  as follows:

23  1.   The hearing on Defendants' motion to dismiss shall be re-set for October 22, 2015,

24  at 2:00 p.m.;

25  2.   The parties have not previously continued the noticed hearing date on Defendants'

26  Motion To Dismiss the First Amended Complaint; and

**STIP AND [PROP] ORDER TO CONTINUING HEARING ON DEFENDANTS'**   **CASE NO. 3:14-cv-03547**
**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

35321271v1

3. The parties do not seek to continue this date for the purpose of delay. The proposed new date will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

SO STIPULATED.

DATED: Aug. 27, 2015          /s/ Gilbert R. Serota
                              GILBERT R. SEROTA
                              Arnold & Porter LLP
                              Counsel for Defendants

DATED: Aug. 27, 2015          /s/ Shawn Williams
                              SHAWN WILLIAMS
                              ROBINS GELLER RUDMAN & DOWD LLP
                              Counsel for Plaintiff Joseph Curry

**STIP AND [PROP] ORDER TO CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**          **CASE NO. 3:14-cv-03547**

35321271v1

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Gilbert R. Serota, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing The October 1, 2015 hearing on Defendants' Motion To Dismiss The First Amended Complaint To October 22, 2015. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for defendants, Shawn A. Williams concurs in this filing.

DATED:  Aug. 27, 2015           */s/ Gilbert R. Serota*
                                GILBERT R. SEROTA

\*   \*   \*

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation is approved.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 28, 2015          _____
                                THE HONORABLE. JON S. TIGAR
                                United States District Judge

**STIP AND [PROP] ORDER TO CONTINUING HEARING ON DEFENDANTS'**  **CASE NO. 3:14-cv-03547**
**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

35321271v1