1  GILBERT R. SEROTA (SBN 75305)
   MARJORY GENTRY (SBN 240887)
2  RYAN KEATS (SBN 296463)
   ARNOLD & PORTER LLP
3  Three Embarcadero Center, 10th Floor
   San Francisco, CA 94111
4  Telephone:  (415) 471-3100
   Facsimile:  (415) 471-3400
5  Email:  Gilbert.Serota@aporter.com
   Email:  Marjory.Gentry@aporter.com
6  Email:  Ryan.Keats@aporter.com

7  Attorneys for Defendants
   YELP INC., JEREMY STOPPELMAN, ROB KROLIK and
8  GEOFFREY DONAKER

9

10                 **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13  JOSEPH CURRY, Individually and on Behalf of     )    **Case No. 3:14-cv-03547**
    All Others Similarly Situated,                  )
14                                                  )
                                                    )    **CLASS ACTION**
15                  Plaintiff,                      )
                                                    )
16  vs.                                             )
                                                    )    **STIPULATION AND [PROPOSED]**
17                                                  )    **ORDER CONTINUING THE**
                                                    )    **OCTOBER 29, 2015 HEARING ON**
18  YELP INC., JEREMY STOPPELMAN, ROB               )    **DEFENDANTS' MOTION TO DISMISS**
    KROLIK and GEOFFREY DONAKER,                    )    **THE FIRST AMENDED COMPLAINT**
                                                    )
19                  Defendants.                     )
                                                    )
20                                                  )
                                                    )
21                                                  )

22

23

24

25

26

**STIP AND [PROPOSED] ORDER TO CONTINUING HEARING ON DEFENDANTS'**        **CASE NO. 3:14-cv-03547**
**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

1      WHEREAS, on May 21, 2015, Plaintiffs' filed their First Amended Class Action

2 Complaint (Dkt. No. 55);

3      WHEREAS, on May 28, 2015, the parties filed a stipulation and proposed order providing

4 for a briefing and hearing schedule that took into account scheduling conflicts of counsel,

5 personal medical issues and planned summer vacations (Dkt. No. 57);

6      WHEREAS, that proposed briefing and hearing schedule provided for the hearing on

7 Defendants' Motion To Dismiss The First Amended Complaint to be set for September 15, 2015

8 at 2:00 p.m.;

9      WHEREAS, on May 29, 2015 the Court so-ordered the proposed briefing and hearing

10 schedule (Dkt. No. 58);

11      WHEREAS, on June 26, 2015, the Court, on its own motion, continued the hearing on

12 Defendants' Motion To Dismiss the First Amended Complaint to October 1, 2015, due to a

13 change in its availability;

14      WHEREAS, Defendants' counsel was unavailable on October 1, 2015, and, pursuant to

15 the parties' stipulation, the Court continued the hearing to October 22;

16      WHEREAS, on September 29, the Court, on its own motion, rescheduled oral argument

17 to October 29 (Dkt. No. 66);

18      WHEREAS, October 29 presents a conflict for counsel who will be arguing the motion for

19 defendants, as he has a hearing scheduled in Alaska Superior Court in Anchorage and will be

20 unable to return in time for this hearing date;

21      WHEREAS, the parties have met and conferred and reviewed the court's calendar as to its

22 availability and the calendars of counsel and clients who must be at the hearing, and have agreed

23 to propose to the Court the following potential hearing dates: November 10 or December 3.

24      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT**

25 **TO APPROVAL BY THIS COURT**, by the parties through their respective counsel of record,

26 as follows:

STIP AND [PROPOSED] ORDER TO CONTINUING HEARING ON             CASE NO. 3:14-cv-03547
DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

35321271v1

1        1.      The hearing on Defendants' motion to dismiss shall be re-set for [see above]

2   at [    ].;

3        2.      The parties have not previously continued the last noticed hearing date on

4   Defendants' Motion To Dismiss the First Amended Complaint; and

5        3.      The parties do not seek to continue this date for the purpose of delay.  The

6   proposed new date will not have an effect on any pre-trial and trial dates as the Court has yet to

7   schedule these dates.

8            SO STIPULATED.

9

10  DATED:  October 7, 2015              _/s/ Gilbert R. Serota_____
                                        GILBERT R. SEROTA
11                                      Arnold & Porter LLP
                                        Counsel for Defendants
12

13  DATED:  October 7, 2015              _/s/ Shawn Williams_____
                                        SHAWN WILLIAMS
14                                      ROBINS GELLER RUDMAN & DOWD LLP
                                        Counsel for Plaintiff Joseph Curry
15

16

17

18

19

20

21

22

23

24

25

26

**STIP AND [PROPOSED] ORDER TO CONTINUING HEARING ON
DEFENDANTS'  MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**                    **CASE NO. 3:14-cv-03547**

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Gilbert R. Serota, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing The October 1, 2015 hearing on Defendants' Motion To Dismiss The First Amended Complaint To October 22, 2015.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for defendants, Shawn A. Williams concurs in this filing.

DATED:  October 7, 2015         _/s/ Gilbert R. Serota_____

GILBERT R. SEROTA

\*      \*      \*

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss the First Amended Complaint shall be re-calendared for November 10, 2015 at 9:30AM.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 7, 2015         _____

THE HONORABLE. JON S. TIGAR
United States District Judge

STIP AND [PROPOSED] ORDER TO CONTINUING HEARING ON
DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

CASE NO. 3:14-cv-03547

35321271v1