UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CURRY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>YELP INC., et al.,<br><br>    Defendants. | Case No. 14-cv-03547-JST<br><br>**ORDER RE: PROPOSED JUDGMENT**<br><br>Re: ECF No. 72 |

On November 24, 2015, the Court granted Defendants' motion to dismiss without leave to amend. ECF No. 72. The Court hereby orders Defendants to provide a form of proposed judgment to the Court within 10 days of entry of this order. Within five court days of the date of Defendants' submission, Plaintiffs are ordered to either approve the proposed final judgment as to form or to file objections to the proposed judgment. If Plaintiffs object to the proposed judgment, Defendants shall file any reply to the objections within five court days of Plaintiffs' objections. After considering the parties' submissions, the Court will issue an order entering final judgment.

IT IS SO ORDERED.

Dated: December 8, 2015

_____
JON S. TIGAR
United States District Judge