ARNOLD & PORTER LLP
GILBERT R. SEROTA (No. 75305)
Gilbert.Serota@aporter.com
MARJORY GENTRY (No. 240887)
Marjory.Gentry@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for Defendants
**YELP INC., JEREMY STOPPELMAN, ROBERT J. KROLIK and GEOFFREY DONAKER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOSEPH CURRY, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

YELP INC., JEREMY STOPPELMAN, ROBERT J. KROLIK and GEOFFREY DONAKER,

Defendants.

**Case No. 3:14-cv-03547-JST**

**[PROPOSED] JUDGMENT**

Place Courtroom 9 - 19th Floor
Judge: Hon. Jon S. Tigar

Complaint Filed: August 6, 2014

This action having been dismissed upon the granting with prejudice of the Defendants' Rule 12(b)(6) Motion to Dismiss (Docket No. 72), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Defendants Yelp Inc., Jeremy Stoppelman, Robert J. Krolik, and Geoffrey Donaker and against Lead Plaintiff City of Miami Fire Fighters' and Police Officers' Retirement Trust, as well as Plaintiffs Joseph Curry, Dru L. Pio, and Mary Adams.

IT IS SO ORDERED.

DATED: ______________

______________________________________
THE HONORABLE. JON S. TIGAR
United States District Judge